IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

─────────────

No. 99-10720
Conference Calendar

─────────────

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RICARDO CASARES,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:99-CR-62-1
--------------------
February 16, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Ricardo Casares has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Although notified of his right to file a response, Casares has not done so.  Our independent review of the brief and the record discloses no nonfrivolous issue for appeal.  See id.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.